

**FILED**

APR 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MANUEL LEE HUNT,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:07-CV-01281 OWW/TAG HC

T. FELKER,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____
_____
_____
_____

__X__    Denied for the following reason:
NO BASIS FOR TOLLING TIME-BARRED PETITION.
_____
_____

Dated: 4-7-08

OLIVER W. WANGER
United States District Judge